Supp. 1002, and Matter of Richardson, 137 App. Div. 103, 122 N. Y. Supp. 83. Settle order before Mr. Justice Thomas.

---

In re RICE. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) In the matter of the application of George H. Rice for admission to the bar. No opinion. Application granted.

---

RICHARDS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by Edward A. Richards against the City of New York.

PER CURIAM. We have concluded, in order that the practice may be uniform, to follow the decision of the First Department in Ryan v. Murphy, 116 App. Div. 242, 101 N. Y. Supp. 553. Order reversed, without costs, and motion denied, without costs. See, also, 130 N. Y. Supp. 1127.

---

RICHARDS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Edward A. Richards against the City of New York. No opinion. Motion for leave to appeal to the Court of Appeals (from supra.) granted, without costs. See, also, 130 N. Y. Supp. 1127.

---

RITCHEY, Appellant, v. PAKAS, Respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Daniel P. Ritchey against Solomon L. Pakas. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 136 App. Div. 879, 121 N. Y. Supp. 834.

---

ROBBINS, Respondent, v. TOWN OF EVANS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1911.) Action by Sarah H. Robbins against the Town of Evans. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

---

ROBBINS, Respondent, v. TOWN OF EVANS, Appellant. (Supreme Court, Appellate Division, Fourth Department, October, 1911.) Action by Sarah H. Robbins against the Town of Evans. No opinion. Judgment and order affirmed, with costs.

---

ROMANIK v. RAPOPORT et al. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Joe Romanik against Max Rapoport and others. No opinion. Motion denied, with $10 costs. See, also, 132 N. Y. Supp. 892.

---

ROSE et al., Respondents, v. SWARTHOUT, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Edward Rose and another against Herbert D. Swarthout, impleaded with another. No opinion. Judgment and order affirmed, with costs. See, also, 133 N. Y. Supp. 557.

---

ROTHEIN, Appellant, v. GREENBERG et al., Respondents. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Miny Rothein against Charles Greenberg and others. R. L. Turk, for appellant. E. J. Walsh, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

ROYAL LIVE FISH CO. v. CENTRAL FISH CO. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by the Royal Live Fish Company against the Central Fish Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 132 N. Y. Supp. 1096.

---

RÜDIGER et al., Respondents, v. COLEMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Eugene A. Rudiger and another against James S. Coleman and others. No opinion. Motion to resettle order granted, without costs. Settle order before the Presiding Justice. See, also, 132 N. Y. Supp. 990.

---

SALAMANCA VENEER–PANEL CO., Respondent, v. ELMIRA TABLE MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by the Salamanca Veneer-Panel Company against the Elmira Table Manufacturing Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the ground that convenience of witnesses required the place of trial to be retained in Cattaraugus county.

WILLIAMS and ROBSON, JJ., dissent and vote for reversal of the order, so far as appealed from.

---

In re SALTER et al. (Supreme Court, Appellate Division, Second Department, March 21, 1912.) In the matter of the protest, etc., against the petition filed by George W. Salter and others. No opinion. Order affirmed, without costs.

---

SANITARY CARPET CLEANER, Respondent, v. REED MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by the Sanitary Carpet Cleaner against the Reed Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

SAN REMO COPPER MINING CO. v. MONEUSE. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by the San Remo Copper Mining Com-